**Entered on Docket
December 14, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

LAURY MACAULEY, ESQ. NV Bar No. 11413
PAUL A. MATTEONI, ESQ., NV Bar No. 3486
JASMINE K. MEHTA, ESQ., NV Bar No. 8188
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
(775) 823-2900
(775) 823-2929 (fax)
lmacauley@lrlaw.com;
pmatteoni@lrlaw.com;
jmehta@lrlaw.com
*Attorneys for Far East National Bank, N.A.*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankr. E.D. Tex. Case Nos. 10-42374-BTR-11 (lead case for joint administration) |
| ART PICCADILLY AIRPORT, LLC, | |
| ART PICCADILLY CHATEAU, LLC; and | 10-42376-BTR-11 |
| ART PICCADILLY SHAW, LLC | 10-42376-BTR-11 |
| Debtor. | |
| FAR EAST NATIONAL BANK, N.A. | Bankr. D. Nev. Case No. 10-99999-8 |
| Plaintiff, | Adversary No. 10-05095-GWZ [Case No. CV10-02718, Dept. B7 (Flanagan, J.) Second Judicial District Court for Washoe County, Nevada] |
| vs. | |
| AMERICAN REALTY INVESTORS, INC., | **ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR REMAND OR ABSTENTION AND DENYING MOTION TO TRANSFER VENUE** |
| Defendant. | |
| | Hrg Date: 11/29/2010 Hrg Time: 2:00 p.m. |

LEWIS AND ROCA LLP
BANK OF AMERICA PLAZA
50 W. LIBERTY STREET,
SUITE 410
RENO, NV 89501
(775) 823-2900

126967.1

Far East National Bank, N.A.'s ("Far East") Motion for Remand or Abstention and American Realty Investors, Inc.'s ("ARI") Motion for Transfer of Venue, having come on for hearing on November 29, 2010 at 2:00 p.m., Paul A. Matteoni, Esq. and Jasmine K. Mehta, Esq. appearing on behalf of Far East, and John P. Sande, IV, Esq. appearing on behalf of ARI, and all other appearances having been put on the record;

The Court considered both Motions and the arguments of counsel, and placed its findings of fact and conclusion of law on the record;

The findings of fact and conclusions of law stated on the record by the Court are hereby incorporated into this ruling; and

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion for Remand or Abstention is granted in part and denied in part. The request to remand is granted, and the request for abstention is denied.

2. The Motion for Remand having been granted, the Motion for Transfer of Venue is moot and therefore denied.

3. The Clerk is directed to remand and transfer the Complaint and all of its causes of action and any other documents in the file to the Second Judicial District Court in and for the County of Washoe.

Submitted by:
LAURY MACAULEY, ESQ. NV Bar No. 11413
PAUL A. MATTEONI, ESQ., NV Bar No. 3486
JASMINE K. MEHTA, ESQ., NV Bar No. 8188
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada 89501
*Attorneys for Far East National Bank, N.A.*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    _____    No party appeared at the hearing or filed an objection to the motion.

    __X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

John P. Sande, IV                                         **APPROVED**/DISAPPROVED
jsandeiv@jonesvargas.com

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

###

3