**Entered on Docket**
**June 14, 2011**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

LAURY MACAULEY, ESQ. NV Bar No. 11413
PAUL A. MATTEONI, ESQ., NV Bar No. 3486
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada  89501
(775) 823-2900
(775) 823-2929 (fax)
lmacauley@lrlaw.com;
pmatteoni@lrlaw.com;
*Attorneys for Far East National Bank, N.A.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Bankr. E.D. Tex. Case Nos. 10-42374-BTR-11 |
| ART PICCADILLY AIRPORT, LLC, | (lead case for joint administration) |
| ART PICCADILLY CHATEAU, LLC; and | 10-42376-BTR-11 |
| ART PICCADILLY SHAW, LLC | 10-42376-BTR-11 |
| Debtor. | |
| FAR EAST NATIONAL BANK, N.A. | Bankr. D. Nev. Case No. 10-99999-8 |
| Plaintiff, | Adversary No. 10-05095-GWZ [Case No. CV10-02718, Dept. B7 (Flanagan, J.) Second Judicial District Court for Washoe County, Nevada] |
| vs. | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| AMERICAN REALTY INVESTORS, INC., | |
| Defendant. | Hrg Date: 05/27/2011 Hrg Time: 2:00 p.m. |

American Realty Investors, Inc.'s ("ARI") Motion for Reconsideration, having come on for hearing on May 27, 2010 at 2:00 p.m., Justin Bustos, Esq. appearing on behalf of ARI, and

LEWIS AND ROCA LLP
BANK OF AMERICA PLAZA
50 W. LIBERTY STREET,
SUITE 410
RENO, NV 89501
(775) 823-2900

136411.1

Paul A. Matteoni, Esq. appearing on behalf of Far East National Bank ("Far East"), and all other appearances having been put on the record;

The Court considered the Motion, all pleadings, and the arguments of counsel, and placed its findings of fact and conclusion of law on the record;

The findings of fact and conclusions of law stated on the record by the Court are hereby incorporated into this ruling; and

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion for Reconsideration is hereby denied.

2. The Court's prior ruling providing for remand of this matter to the Second Judicial District Court, State of Nevada remains in effect.

Submitted by:
LAURY MACAULEY, ESQ. NV Bar No. 11413
PAUL A. MATTEONI, ESQ., NV Bar No. 3486
LEWIS AND ROCA LLP
50 West Liberty Street, Suite 410
Reno, Nevada  89501
*Attorneys for Far East National Bank, N.A.*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

\_\_X\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Brian R. Irvine                                    APPROVED/DISAPPROVED
birvine@jonesvargas.com

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

# # #